## September 27, 1979.

M. P. No. 79-173. In the Matter of Ernest B. The petition for writ of certiorari is denied as moot.

Mr. Chief Justice Bevilacqua did not participate. *William F. Reilly,* Public Defender, *Mary M. Lisi,* Assistant Public Defender, for petitioner. *Dennis J. Roberts II,* Attorney General, for respondent.